**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50306 |
| Plaintiff - Appellee, | D.C. No. 2:93-cr-00643-RGK |
| v. | |
| LAMAR EDISON, Jr., | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted May 24, 2011[**]

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Lamar Edison, Jr., appeals from the 262-month sentence imposed following

the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for a reduced

sentence.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Edison contends the district court erred at the section 3582(c)(2) proceeding

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

by treating the policy statement articulated in U.S.S.G. § 1B1.10(b) as binding, even though its promulgation and implementation violated the Separation of Powers doctrine and Administrative Procedure Act. This contention is foreclosed by *United States v. Fox*, 631 F.3d 1128, 1131-33 (9th Cir. 2011).

**AFFIRMED.**